UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20157-CR-Gold/Garber

UNITED STATES OF AMERICA,

v.

FERNANDO RAYA-CUEVAS,

    Defendant.

_____/

### ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Alan S. Gold for a change of plea. Upon due consideration, it is hereby

**ORDERED that a change of plea hearing shall be held before the undersigned on Monday, the 24th day of May, 2010, at 10:00 A.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Thursday, August 5, 2010, at 4:30 P.M. in Courtroom 11-1, Eleventh Floor, in the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Miami, Florida 33128 before United States District Judge Alan S. Gold.**

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of May, 2010.

                                              _____
                                              BARRY L. GARBER
                                              UNITED STATES MAGISTRATE JUDGE