UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-20157-CR-GOLD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FERNANDO RAYA-CUEVAS,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court *sua sponte*. A review of the docket sheet in this cause reveals that on May 12, 2010, the Court issued an Order [DE 20] referring the case to Magistrate Judge Barry L. Garber for a change of plea hearing.

    On May 24, 2010, the defendant pled guilty to Counts 1 and 2 of the indictment and Magistrate Judge Garber issued a Report and Recommendation [DE 24] on Change of Plea. The parties were permitted fourteen days within which to file written objections. Further review of the docket sheet reveals no objections have been filed. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Report and Recommendation [**DE 24**] on Change of Plea is hereby affirmed and adopted.

    **DONE AND ORDERED** at Miami, Florida, this 9th day of June, 2010.

                                                UNITED STATES DISTRICT JUDGE
                                              ALAN S. GOLD

cc:    Counsel of record